IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FRANCISCO ARRELLANO,<br><br>Defendant. | CRIMINAL CASE NO.<br><br>1:10-CR-304-JEC |

### ORDER

The above criminal action is presently before the Court on the Magistrate Judge's Report and Recommendation [24] recommending accepting defendant's plea of guilty tendered on December 15, 2010. No objections to the Report and Recommendation [24] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [24] and **ACCEPTS** the defendant's plea of guilty as to Counts One and Two of the Indictment. The Court notes that the sentencing date has been set for **MONDAY, APRIL 4, 2011, 2:00 P.M., COURTROOM 2107**.

SO ORDERED this 8 day of FEBRUARY, 2011.

JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)